## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ ___ Amended Plan (Indicate 1st, 2nd. etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd. etc. amended, if applicable)

DEBTOR: __Darryl Jerome Garrett__   JOINT DEBTOR: __Delphia Lorraine Garrett__   CASE NO.: __09-35968__

Last Four Digits of SS# __xxx-xx-9071__   Last Four Digits of SS# __xxx-xx-5228__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

| | | | | | | |
|---|---|---|---|---|---|---|
| A. | $ | 2,654.41 | for months | 1 | to | 60 ; |
| B. | $ | | for months | | to | ; |
| C. | $ | | for months | | to | ; in order to pay the following creditors: |

Administrative:   Attorney's Fee - $ __2,774.00__   TOTAL PAID $ __1,274.00__
Balance Due   $ __1,500.00__ payable $ __38.46__ /month   (Months __1__ to __39__ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __Ocwen Loan Servicing__   Arrearage on Petition Date  $ __52,188.23__

Address: __12650 Ingenuity Dr; Orlando, FL 32826__   Arrears Payment  $ __869.80__ /month (Months __1__ to __60__ )

Account No: __0070386610__   Regular Payment  $ __1,301.00__ /month (Months __1__ to __60__ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Carmax P.O. Box 440609; Kennesaw, GA 30160 Account No: 5626770 | 2006 Chrysler Pacifica,55374k miles $ 8,950.00 | 7.5% | $ 179.34 | 1 To 60 | 10,760.37 |

Priority Creditors: [as defined in 11 U.S.C. §507]

__-NONE-__   Total Due  $ _____
Payable  $ _____ /month   (Months _ to _ )   Regular Payment $ _____

Unsecured Creditors: Pay $ __37.72__ /month (Months __39__ to __60__ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____   _____
Darryl Jerome Garrett   Delphia Lorraine Garrett
Debtor   Joint Debtor
Date: __12/09/09__   Date: __12/09/09__

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037