**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Darryl Jerome Garrett**     JOINT DEBTOR: **Delphia Lorraine Garrett**     CASE NO.: **09-35968**
Last Four Digits of SS# **xxx-xx-9071**     Last Four Digits of SS# **xxx-xx-5228**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **4,060.27** for months **1** to **4** ;
B. $ **3,807.00** for months **5** to **60** ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **2,000.00**   TOTAL PAID $ **1,000.00**
Balance Due $ **1,000.00** payable $ **250.00** /month (Months **1** to **4**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Ocwen Loan Servicing**    Arrearage on Petition Date $ **53,661.97**
Address: **12650 Ingenuity Dr; Orlando, FL 32826**    Arrears Payment $ **1,165.00** /month (Months **1** to **60**)
Account No: **0070386610**    Regular Payment $ **2,059.90** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Carmax** P.O. Box 440609; Kennesaw, GA 30160 **Account No: 5626770** | **2006 Chrysler Pacifica, 55374k miles** $ **8,950.00** | **7.5**% | $ **179.34** | **1** To **60** | **10,760.37** |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due $ _____
Payable $ _____ /month (Months ___ to ___)    Regular Payment $ _____

Unsecured Creditors: Pay $ **22.06** /month (Months **5** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Darryl Jerome Garrett**            **/s/ Delphia Lorraine Garrett**
**Darryl Jerome Garrett**               **Delphia Lorraine Garrett**
Debtor                                  Joint Debtor
Date: **March 6, 2010**                 Date: **March 6, 2010**

LF-31 (rev. 01/08/10)